UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JASON M. KAHAN,<br><br>Debtor | Chapter 7<br>Case No. 24-11592-JEB |
| PBTC RECVOERY PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER PENN AKA ALEX COLVIN, NILS TROSTERUD, SISSEL TROSTERUD, QUANTUM RESOURCE GROUP QRG AS, NORDCAP ADVISORS AS, AND JOHN DOES 1-10,<br><br>Defendants | Adversary Proceeding<br>No. 26-01104-JEB |

**Order**

**MATTER:**
#5 Expedited Motion filed by Plaintiff PBTC Recovery Partners, LLC for Preliminary Injunction. Re: [3] Affidavit/Declaration filed by Plaintiff PBTC Recovery Partners, LLC, [4] Affidavit/Declaration filed by Plaintiff PBTC Recovery Partners

The request for expedited determination is granted. The Court will hold a hearing on the Motion on **October 21, 2026, at 10:00 a.m.** The hearing will be held in person at J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA.

**Objections to the Motion may be raised at the hearing.**

The hearing is scheduled as a Hybrid Hearing. Parties and counsel may participate in person in the Courtroom or by video conference using Zoomgov.com technology. Parties who wish to appear by video must request the link from the Courtroom Deputy Lisa Belanger, at lisa_belanger@mab.uscourts.gov **no later than 10:00 a.m. the business day before the hearing**. **Requests submitted after the deadline may not be accommodated and the Party**

**should plan to attend in person in the Courtroom**. Appearance by video is limited to counsel and parties in interest. Public access will be in person only. A Hybrid Hearing is an official court proceeding and remote attendees are required to act and dress in the same manner as in person hearings. Parties attending remotely must be in a quiet setting and must not be walking, driving, or performing other activities while participating in the hearing. Failure to comply may result in termination of access, sanctions, or other action by the Court.

The Plaintiff is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **October 15, 2026**. If the Plaintiff fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: October 13, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge