UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JASON M KAHAN,<br><br>Debtor | Chapter 7<br>Case No. 24-11592-JEB |
| PBTC RECOVERY PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER PENN, NILS TROSTERUD, SISSEL TROSTERUD, QUANTUM RESOURCE GROUP QRG AS (QUANTUM), NORDCAP ADVISORS AS (NORDCAP), AND JOHN DOE,<br><br>Defendants | Adversary Proceeding<br>No. 26-01104-JEB |

**Proceeding Memorandum and Order**

**MATTER:**
#5 Expedited Motion filed by Plaintiff PBTC Recovery Partners, LLC for Preliminary Injunction

**Decision set forth more fully as follows:**
Hearing held on October 21, 2026. For the reasons set forth on the record, the Motion will be granted in part. The Court separately issue (i) a Temporary Restraining Order against those Defendants who did not receive notice, and (ii) a Preliminary Injunction against the remaining Defendants. The orders will set further hearings on the Motion for the remaining relief.

Dated: October 21, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge