**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>JASON M. KAHAN,<br><br>Debtor | Chapter 7<br><br>Case No. 24-11592 |
| PBTC RECOVERY PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER PENN aka ALEX COLVIN, NILS TROSTERUD, SISSEL TROSTERUD, QUANTUM RESOURCE GROUP QRG AS, NORDCAP ADVISORS AS, AND JOHN DOES 1-10,<br><br>Defendants. | Adv. Pro. No. 26-1104 |

**Amended Order**

**MATTER:**
#5 Expedited Motion filed by Plaintiff PBTC Recovery Partners, LLC for Preliminary Injunction.

The Order dated October 22, 2026, is amended to clarify that the evidentiary hearing is scheduled for **December 7, 2026 at 10:00 a.m.,** not October 29, 2026. Except as amended by this Order, the Order dated October 22, 2026, remains in effect.

Dated: October 23, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge