UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

JASON M KAHAN,

Debtor

Chapter 7
Case No. 24-11592-JEB

PBTC RECOVERY PARTNERS, LLC,

Plaintiff,

v.

HUNTER PENN, NILS TROSTERUD, SISSEL TROSTERUD, QUANTUM RESOURCE GROUP QRG AS (QUANTUM), NORDCAP ADVISORS AS (NORDCAP), AND JOHN DOE,

Defendants

Adversary Proceeding
No. 26-01104-JEB

**Proceeding Memorandum and Order**

**MATTER:**
#5 Expedited Motion filed by Plaintiff PBTC Recovery Partners, LLC for Preliminary Injunction

**Decision set forth more fully as follows:**
Hearing held on October 29, 2026. For the reasons set forth on the record, the Court finds that good cause has been shown to extend the Temporary Restraining Order dated October 22, 2026 ("TRO"). The Court will issue a separate order extending the TRO.

Dated: October 29, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge