UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JASON M KAHAN,<br><br>Debtor | Chapter 7<br>Case No. 24-11592-JEB |
| PBTC RECOVERY PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER PENN, NILS TROSTERUD, SISSEL TROSTERUD, QUANTUM RESOURCE GROUP QRG AS (QUANTUM), NORDCAP ADVISORS AS (NORDCAP), AND JOHN DOE,<br><br>Defendants | Adversary Proceeding<br>No. 26-01104-JEB |

**Proceeding Memorandum and Order**

**MATTER:**
#23 Expedited Motion filed by Plaintiff PBTC Recovery Partners, LLC for Expedited Discovery

**Decision set forth more fully as follows:**
Hearing held on October 29, 2026. For the reasons set forth on the record, the Motion will be granted by separate order.

Dated: October 29, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge