**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>JASON M. KAHAN,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11592 |
| PBTC RECOVERY PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER PENN aka ALEX COLVIN, NILS TROSTERUD, SISSEL TROSTERUD, QUANTUM RESOURCE GROUP QRG AS, NORDCAP ADVISORS AS, AND JOHN DOES 1-10,<br><br>Defendants. | Adv. Pro. No. 26-01104 |

**ORDER GRANTING MOTION BY PBTC RECOVERY PARTNERS, LLC FOR EXPEDITED DISCOVERY**

This matter came before the Court on the *Motion by PBTC Recovery Partners, LLC for Expedited Discovery* ("Discovery Motion"), filed by the plaintiff, PBTC Recovery Partners, LLC, ("Plaintiff"). Pursuant to the Motion, the Plaintiff requests expedited discovery with respect to the *Motion by PBTC Recovery Partners, LLC for Preliminary Injunction and Related Relief, and Request for Expedited Determination* ("Preliminary Injunction Motion"). The Court granted the request for expedited determination and set a hearing on the Discovery Motion for October 29, 2026, with objections to be raised at the hearing. Due notice of the Motion and hearing were given.

Having considered the Discovery Motion, the Preliminary Injunction Motion, the record of this Adversary Proceeding, and the arguments of counsel at the hearing, good cause being

shown,

**IT IS ORDERED AS FOLLOWS:**

1. The Discovery Motion is granted as provided in this Order.

2. The Plaintiff and the Defendants (collectively, the "Parties") are authorized to obtain expedited discovery prior to the conference required under Federal Rule 26(f), notwithstanding Federal Rule 26(d)(1).

3. Each named Party shall:

a. appear and testify at any noticed deposition within fourteen (14) calendar days after receipt of a notice of deposition or subpoena or such other day as the Plaintiff and the deponent agree; and

b. produce documents requested within twelve (12) calendar days after receipt of a document request or subpoena, or such other day as may be agreed by the Plaintiff and the person to whom the request is directed, with any objections to production of documents to be made within ten (10) calendar days after receipt of such request or subpoena, or such other day as may be agreed by the Plaintiff and the person to whom the request is directed.

4. Any requests for a protective order related to such discovery, and any motions to compel, may be made on an expedited basis, subject to the requirement that the Parties attempt to meet and confer prior to requesting any such relief.

5. Unless otherwise agreed by the Parties in writing or ordered by the Court, each deposition taken under this Order in connection with the evidentiary hearing on the Preliminary Injunction Motion ("Evidentiary Hearing") shall be limited to one (1) day of six (6) hours of time

on the record, exclusive of breaks, and shall be conducted without prejudice to the rights of the Parties to take any other discovery, including further deposition of any Party deposed.

1. Discovery served, sought, or exchanged under this Order in connection with the Evidentiary Hearing shall be without prejudice to the right of any Party to seek further discovery in this adversary proceeding, whether relating to the Complaint or to any other matter, and shall not limit the scope of any such further discovery.

6. The Plaintiff shall serve this Order on the Defendants no later **November 3, 2026**, and file a certificate of service.

Dated: October 30, 2026

By the Court,

Janet E. Bostwick

JANET E. BOSTWICK
UNITED STATES BANKRUPTCY JUDGE